IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS, *et al.* | § | |

**O R D E R**

Defendants Wright and Bonojo filed unopposed motions for continuance, (Docket Entry Nos. 66 and 70). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 10, 2011 |
| Responses are to be filed by: | January 24, 2011 |
| Status/discovery conference is set for: | **December 13, 2010, at 8:30 a.m.** |
| Pretrial conference is reset to**:** | **January 31, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 7, 2011, at 9:00 a.m.** |

SIGNED on November 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge