IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-258 |
| CLARENCE HUDGENS, *et al.* | § | |

**O R D E R**

The government and the defendants orally moved for a continuance at the pretrial conference held on December 13, 2010. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 9, 2011 |
| Responses are to be filed by: | May 30 2011 |
| Interim pretrial conference is set for: | **March 4, 2011, at 10:30 a.m.** |
| Status conference is set for: | **June 7, 2011, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **August 19, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 22, 2011, at 9:00 a.m.** |

SIGNED on December 14, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge