IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-10-258 |
| | § § § § | |
| CLARENCE HUDGENS, *et al.* | § | |

**O R D E R**

Defendant James Wright filed an unopposed motion for continuance. (Docket Entry No. 146). The government and codefendants are unopposed.. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 2, 2011 |
| Responses are to be filed by: | December 16, 2011 |
| Interim pretrial conference is reset for: | **November 10, 2011, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **January 17, 2012, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **January 23, 2012, at 9:00 a.m.** |

SIGNED on July 8, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge