IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § § § § | |
| JAMES DAVID WRIGHT, *et al.* | § | |

**O R D E R**

No later than October 21, 2011, all defendants must identify any material depositions that they wish to take. All defendants must also state whether they are willing to waive their right under the Sixth Amendment's Confrontation Clause to be present at those depositions. A hearing on this order is set for **October 26, 2011, at 10:00 a.m.** These dates may be altered due to appointment of new counsel for one of the defendants.

SIGNED on September 12, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge