IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS, *et al.* | § | |

**O R D E R**

The court held a motion hearing on February 1, 2013. Defendant Lanier made an oral motion for continuance, which was joined and unopposed by the remaining defendants and the government. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 29, 2013 |
| Responses are to be filed by: | May 13, 2013 |
| Interim pretrial conference is set for: | **April 16, 2013, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **May 29, 2013, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **June 3, 2013, at 9:00 a.m.** |

SIGNED on February 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge