IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL  NO. H-10-258 |
| CLARENCE HUDGENS, *et al.* | § | |

### ORDER ON MOTIONS

Several discovery motions have been filed that have been addressed when filed by other defendants but without formal record as to the movant. The motions and the orders resolving them are as follows:

1. The government's motion for reciprocal discovery, (Docket Entry No. 255), is GRANTED.

2. Sikiru Olubunmi Bonojo's motion for witness statements, (Docket Entry No. 259), is GRANTED. The exhibits and objections will be reviewed in advance of trial to the extent possible to minimize the need for hearings to resolve admissibility during trial.

3. Sikiru Olubunmi Bonojo's motion to disclose promises of favorable treatment, (Docket Entry No. 260, 262), is GRANTED; the government has responded that it has made no promises or offers of favorable treatment, immunity, or lenience to anyone who will be called as a government witness.

4. Sikiru Olubunmi Bonojo's motion requesting a separate hearing on the admissibility of coconspirators' statements under Fed. R. Evid. 801(d)(2)(E), (Docket Entry No. 261), is

DENIED, except that the government is required to approach the court outside the jury's presence before offering or referring to such statements offered against Mr. Bonojo.

     5.     Sikiru Olubunmi Bonojo's memorandum in support of motion to compel disclosure of exculpatory evidence, (Docket Entry No. 263), is GRANTED to the extent Fed. R. Crim. P. 16, *Brady*, *Giglio,* and related cases require production.

     SIGNED on June 21, 2013, at Houston, Texas.

                                   Lee H. Rosenthal
                            United States District Judge