IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § § § § | |
| CLARENCE HUDGENS, *et al.* | § | |

# O R D E R

Defendant Lanier filed an unopposed motion for continuance, (Docket Entry No. 316), which was unopposed by the remaining defendants and the government. The court held a hearing on this motion on August 1, 2013. For the reasons stated on the record the court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Government's Disclosure of Evidence: | November 1, 2013 |
| Exchange of Witness and Exhibit Lists: | November 8, 2013 |
| Motions are to be filed by: | November 18, 2013 |
| Responses are to be filed by: | December 2, 2013 |
| First Interim Pretrial Conference is set for: | **September 9, 2013, at 9:00 a.m.** |
| Second Interim Pretrial Conference is set for: | **October 21, 2013, at 9:00 a.m.** |
| Third Interim Pretrial Conference is set for: | **November 20, 2013, at 9:00 a.m.** |
| Fourth Interim Pretrial Conference is set for: | **December 20, 2013, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **January 3, 2014, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **January 6, 2014, at 9:00 a.m.** |

SIGNED on August 9, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge