IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL  NO. H-10-258 |
| CLARENCE HUDGENS, *et al.* | § | |

## ORDER

Th government filed a motion for in camera review. (Docket Entry No. 321). The motion is granted.  As stated on the record, the documents at issue are to be disclosed  under the protective order previously issued and on an attorney's -eyes-only basis.

SIGNED on October 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge