United States District Court
Southern District of Texas
**ENTERED**
November 05, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-10-258 |
| § | |
| CLARENCE HUDGENS § | |
| JAMES DAVID WRIGHT § | |
| CHRISTOPHER HARLESS § | |
| PATRICK LANIER § | |

**O R D E R**

Defendants Clarence Hudgens, James David Wright, and Christopher Harless filed a joint unopposed motion to extend the time to file objections to the presentence report (Docket Entry No. 520), and Lanier filed a second motion to extend the time to file objections, (Docket Entry No. 523). Defendants Hudgens and Wright also filed a motion to continue the sentencing hearing, (Docket Entry No. 522). The motions are granted. Hudgens and Wright must file their objections to the presentence report by **December 20, 2015**. The sentencing hearings for these defendants are reset to **January 26, 2016 at 9:30 a.m.** Harless's and Lanier's sentencing hearings are set for **November 23, 2015**. Their objections are due no later than November 13, 2015.

SIGNED on November 5, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge